IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARLAN J. FITZHERBERT,
    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant

CIVIL ACTION NO. 3:11-1310

(JUDGE NEALON)

(MAGISTRATE JUDGE MANNION)

## ORDER

**NOW**, this 8th day of November, 2012, in accordance with the Memorandum issued this date,

**IT IS HEREBY ORDERED THAT**:

1. Fitzherbert's objections (Doc. 16) to the Magistrate Judge's Report and Recommendation are **OVERRULED**.

2. The Magistrate Judge's Report and Recommendation (Doc. 15) is **ADOPTED**.

3. Fitzherbert's appeal of the Commissioner's decision is **DENIED**.

4. The Clerk of Court is directed to **CLOSE** this case.

_____
**United States District Judge**

FILED
SCRANTON

NOV 0 8 2012

PER _____
DEPUTY CLERK